IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No.   16-00145-01/05-CR-W-GAF

LARRY D. BELCHER (01),
ERIC D. LOOKER (03),
SHELLY A. LOOKER (04),
AMANDA N. GREENWAY (05).

AUSA:   David Raskin and Matt Moeder for Patrick Edwards
Defense Atty.:   William Kenney for Larry Belcher
Scott Hamilton for Eric Looker
Todd Schultz for Shelly Looker
Sarah Hess for Amanda Greenway

| JUDGE: | **Sarah W. Hays**<br>U. S. Magistrate Judge | DATE/TIME: | **5/10/2016**<br>1:35pm-1:45pm |
|---|---|---|---|
| DEPUTY CLERK | Traci Chorny | TAPE/REPORTER | FTR/tc |
| INTERPRETER | None | PRETRIAL/PROB: | |

# Clerk's Minutes

SCHEDULING CONFERENCE

All parties appear in person and ready for hearing.

( x )   Motion for Continuance filed by defendant requesting trial to be reset to September 19, 2016. Defense counsel gives further explanation as to why continuance of trial from the May 31, 2016 docket is necessary.

( x )   No objection by the defendants or by government counsel.

( x )   Discovery issues discussed.

( x )   Defendant request pretrial motions to be filed by July 1, 2016. Government responses due within fourteen (14) days from the date the motion is filed.