IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No.  16-00145-01/05-CR-W-GAF

LARRY D. BELCHER (01),
ERIC D. LOOKER (03),

AUSA:  Patrick Edwards and Matthew Moeder
Defense Atty.:  William Kenney for Belcher
Scott Hamilton for Looker

| JUDGE: | **Sarah W. Hays**<br>U. S. Magistrate Judge | DATE/TIME: | **6/2/2016**<br>2:00pm-2:10pm |
|---|---|---|---|
| DEPUTY CLERK | Traci Chorny | TAPE/REPORTER | FTR/tc |
| INTERPRETER | | PRETRIAL/PROB: | |

# Clerk's Minutes

## ARRAIGNMENT

( x )   Defendant, Larry Belcher, charged in counts 1-4 of a 5 Count indictment.
( x )   Defendant, Eric D. Looker, charged in counts 1, 3 and 4 of a 5 Count indictment.
( x )   The count(s) of the indictment applicable to the defendants were read to the defendants.
( x )   Defendants were informed of the maximum punishment for each applicable count of the indictment.
( x )   Defendants entered a plea of not guilty to each count of the indictment applicable to him.

## ORDERS

( x )   Defendants ordered committed back to custody of U.S. Marshal.

( x )   Case set for trial on the joint criminal jury trial docket which commences September 19, 2016.