IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>vs.<br>ERIC D. LOOKER<br>　　　　　　　Defendant. | )<br>)<br>) Case No. 4:16-cr-00145-GAF-3<br>)<br>)<br>)<br>) |

## MOTION TO ALLOW DEFENDANT TO RETURN TO CASS COUNTY
## FOR POSTING OF BOND

Comes now Eric D. Looker, by and through his attorney of record, Scott C. Hamilton, and for his request to allow the Defendant to be delivered to Cass County Circuit Court for Posting of Bond, states as follows:

1. On March 17, 2016, the Defendant was picked up on a warrant for a case currently pending against the Defendant entitled *State of Missouri v. Eric Looker,* in Case Number 16CA-CR00256 before the Honorable J. Michael Rumley, Judge of the Circuit Court of Cass County in Harrisonville, Missouri..

2. That the bond in said case in Cass County has been reduced to a $25,000 cash bond, 10% allowed.

3. The Circuit Court of Cass County will not allow the Defendant to post bond without his personal appearance.

4. On May 6, 2016, a Writ of Habeas Corpus ad prosequendum was filed in this instant case and the Federal Marshall went to Cass County, Missouri and took custody of the Defendant.

5. The Defendant is currently being held in the Caldwell County Detention Center in Harrisonville, Missouri in this instant case.

6. That by posting the bond at Cass County, the Defendant will be eligible for a bond review hearing before this Honorable Court.

WHEREFORE, your Defendant respectfully requests this Court allow him to be delivered to the Cass County Jail in Harrisonville, Missouri for posting of the bond in the case pending against him and then for the Defendant to be immediately returned to the Caldwell County Detention Center for holding in this instant case; and for such other and further relief as this Court deems just and proper in the premises.

Respectfully Submitted,

_____
Scott C. Hamilton                    #45430
AULL, SHERMAN, WORTHINGTON, GIORZA & HAMILTON, LLC
9 South Eleventh Street
P. O. Box 280
Lexington, MO 64067
660-259-2277 – Telephone
660-259-4445 – Fax

I hereby certify that I have deposited a true and accurate copy of the
Above and foregoing Motion for Continuance to Patrick C. Edwards in
His capacity as the Assistant United States Attorney General through
The Missouri Courts efiling system on this _____ day of August, 2016.

_____
Scott C. Hamilton